**LAW OFFICE OF WILLIAM E. O'NELL**
William E. O'Nell (State Bar No. 185756)
*William@weolaw.com*
101 West Broadway, Suite 810
San Diego, CA 92101
Telephone:    619.702.7636
Facsimile:    619.702.7639

Attorney for Plaintiff
PAUL G. MACY


**SEDGWICK LLP**
BRUCE D. CELEBREZZE (State Bar No. 102181)
*bruce.celebrezze@sedgwicklaw.com*
NICHOLAS J. BOOS (State Bar No. 233399)
*nicholas.boos@sedgwicklaw.com*
DAVID M. AJALAT (State Bar No. 288058)
*david.ajalat@sedgwicklaw.com*
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:    415.781.7900
Facsimile:    415.781.2635

Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE
COMPANY erroneously sued as LIBERTY
MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| PAUL G. MACY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, and DOES 1 through 10,<br><br>Defendants. | CASE NO.  1:13-cv-00301-AWI-SAB<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff Paul G. Macy, and defendant Liberty Mutual Fire Insurance Company, erroneously sued as Liberty Mutual Insurance Company, by and through their respective attorneys of record herein, that the entire action, as to all claims and counterclaims, shall be dismissed with prejudice, each party to bear his or its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED:  May __, 2013                    LAW OFFICE OF WILLIAM E. O'NELL


                                        By: /s/_____
                                            William E. O'Nell
                                            Attorney for Plaintiff
                                            PAUL G. MACY

DATED:  May __, 2013                    SEDGWICK LLP


                                        By: /s/_____
                                            Bruce D. Celebrezze
                                            Nicholas J. Boos
                                            David M. Ajalat
                                            Attorneys for Defendant
                                            LIBERTY MUTUAL FIRE INSURANCE
                                            COMPANY erroneously sued as LIBERTY
                                            MUTUAL INSURANCE COMPANY


**ORDER**

Pursuant to the foregoing this Court dismisses the entire case with prejudice.
IT IS SO ORDERED.

0m8i78 /s/ _____

Dated:   May 15, 2013                   _____
                                        SENIOR  DISTRICT  JUDGE